UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2006 MAY -5 PM 4: 13
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| OPOLLO JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-51 |
| | ) (CR402-245) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 5th day of May, 2006.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA